UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
George Ortiz,

                Plaintiff,

   -against-                                 20 **CIVIL** 5715 (AJN)(SN)

## JUDGMENT

Commissioner of Social Security,

                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 9, 2022, the Report & Recommendation is adopted in its entirety and Plaintiff's motions for judgment on the pleadings is GRANTED, the Commissioner's motion is DENIED, and this case is REMANDED for further administrative proceedings; accordingly, the case is closed.

**Dated:** New York, New York

       March 9, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                           **BY:**

                                                     **Deputy Clerk**